■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN-LOUIS SACHA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered March 21, 1989, convicting him of murder in the second degree (two counts), and criminal possession of a weapon (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements he made to law enforcement officials.

Ordered that the judgment is affirmed.

We agree with the defendant's contention that the statements he made to law enforcement officials should have been suppressed because they were obtained in violation of his right to counsel. However, a reversal of his conviction is not warranted because the error was harmless beyond a reasonable doubt in light of the overwhelming evidence of the defendant's guilt (see generally, Arizona v Fulminante, 499 US —, 111 S Ct 1246; see also, People v Santiago, 174 AD2d 764; People v Selby, 171 AD2d 821).

The defendant's remaining contentions are either unpreserved for appellate review (see, CPL 470.05) or without merit. Thompson, J. P., Kunzeman, Eiber and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL SORRELLS, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered July 6, 1990, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.